UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ADNAN ASIF USMANI, ET AL**<br>    Petitioners | : |
| v. | : CIVIL NO.: 3:02cv2015(DJS) |
| **ETHAN ENZER, Acting Officer in charge Immigration & Naturalization**<br>    Respondent | : |

### ORDER

The Petitioners' Motion for Extension of Time to file their memorandum of law (Doc. #27) is hereby **GRANTED to and including October 24, 2003.** The Respondent's Reply will be due on **November 7, 2003.**

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this \_\_\_23rd\_\_\_ day of October, 2003.


                                                   /s/DJS_____
                                                Dominic J. Squatrito
                                                United States District Judge