FILED

2003 NOV 12  P 2: 22

UNITED STATES DISTRICT COURT 'S DISTRICT COURT
DISTRICT OF CONNECTICUT       HARTFORD CT

ADNAN ASIF USMANI and          :
MARGARET POWERS,               :
                               :
        Petitioners            :
                               :
        vs.                    :     DOCKET No. 3: 02CV2015 (DJS)
                               :
ETHAN ENZER, Acting Officer in :
charge Immigration and         :
Naturalization Service,        :
                               :
        Respondent.            :


## MOTION FOR ENLARGEMENT OF TIME

The Parties hereby move and consent to an enlargement of time to and

including November 28th, 2003 to file Petitioners' legal memorandum of law in this case,

thereafter to December 19, 2003 for the government's reply brief.  This motion is made with

the consent of the Government, represented by Assistant United States Attorney Douglas

Morabito who was contacted telephonically and consented to the extension sought herein.


1

As grounds for this motion, undersigned counsel for petitioner submits that the additional time is necessary as petitioners' counsel is still negotiating with legal counsel for the Department of Homeland Security (separate and district from the Office of the United States Attorney) on the possibility of settlement by way of an agreed-upon re-opening of the Immigration Court proceedings in order that Adnan Asif Usmani might seek lawful permanent residency based upon an approved petition by his immediate relative - petitioner Margaret Powers, a United States citizen and his wife. Additional time is needed in order to complete those discussions and to finish the legal memorandum should they not be successful.

RESPECTFULLY SUBMITTED

PETITIONERS
ADAN ASIF USMANI and
MARGARET POWERS


BY James E. Swaine
18 Trumbull Street
New Haven, CT 06511
Federal Bar  CT02793

2

**<u>CERTIFICATION</u>**

This is to certify that a copy of the foregoing was sent via facsimile this 10th of November, 2003 and mailed, postage prepaid, to Assistant United States Attorney Douglas Morabito, Office of United States Attorney, 157 Church Street, New Haven, CT 06510.

James E. Swaine
Petitioners' Counsel of Record

3