UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ADNAN ASIF USMANI, ET AL<br>Petitioners | : |
| v. | : CIVIL NO.: 3:02cv2015(DJS) |
| ETHAN ENZER, Acting Officer in<br>charge Immigration & Naturalization<br>Respondent | : |

### ORDER

The Petitioners' Motion for Enlargement of Time to file their memorandum of law (Doc. #27) is hereby **GRANTED to and including November 28, 2003.** The Respondent's Reply will be due on **December 19, 2003.** No further extensions of time shall be granted.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   17th   day of November, 2003.

  /s/DJS  
Dominic J. Squatrito
United States District Judge