**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**ADNAN ASIF USMANI, ET AL**     **:**
    **Petitioners**

    **v.**               **:**  **CIVIL NO.: 3:02cv2015(DJS)**

**ETHAN ENZER, Acting Officer in**
**charge Immigration & Naturalization**   **:**
    **Respondent**

**ORDER**

On November 17, 2003, the Court granted the he Petitioners' Motion for

Enlargement of Time to file their memorandum of law to November 28, 2003 (Doc. #30).

To date no such Memorandum of Law has been filed.  The Petitioners have until **February**

**23, 2004** to file said memorandum of law.  If no memorandum of law is filed, the Court will

dismiss said case with prejudice by **March 5, 2004**.

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this   23rd   day of January, 2004.

                        /s/DJS
                        Dominic J. Squatrito
                        United States District Judge