*G·F·*

**U.S. Department of Justice**
Immigration and Naturalization Service

**Notice to Appear**

## In removal proceedings under section 240 of the Immigration and Nationality Act

File No: __A72 240 156__

In Matter of:

Respondent: __USMANI, ADNAN ASIF__                                      currently residing at:

P O BOX 44  NORTHFORD, CT 06472-0000
(Number, street, city, state, and ZIP code)

311½ S Elm St

Wallingford ct 06492

203-484-2982
( Area code and phone number)

☐ 1.  You are an arriving alien.

☐ 2.  You are an alien present in the United States who has not been admitted or paroled.

☒ 3.  You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:
1) You are not a citizen or national of the United States;
2) You are a native of PAKISTAN and a citizen of PAKISTAN;
3) You were admitted to the United States at NEW YORK, NY (IA) on or about September 21, 1991 as a nonimmigrant B-2 with authorization to remain in the United States for a temporary period not to exceed  March 20, 1992 ;
4) You remained in the United States beyond March 20, 1992 without authorization from the Immigration and Naturalization Service.

On the basis  of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:
Section 237 (a) (1) (B) of the Immigration and Nationality Act (Act), as amended, in that after admission as a nonimmigrant under Section 101(a) (15) of the Act, you have remained in the United States for a time longer than permitted.

☐  This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution.

☐  Section 235(b)(1) order was vacated pursuant to:  ☐ 8 CFR 208.30(f)(2)    ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
JFK FEDERAL BUILDING,   ROOM 320, BOSTON, MA 02203-0000
(Complete Address of Immigration Court, Including Room Number, if any)

on October 30, 1997 at  9:00 am        to show why you should not be removed from the United States based on the
(Date)              (Time)
charge(s) set forth above.

**GOVERNMENT EXHIBIT**
**A**

_____
(Signature and Title of Issuing Officer)

Date:  JUL 0 8 1997                                      NDHURST, NJ
(City and State)

**See reverse for important information**

**U.S. DEPARTMENT OF JUSTICE**
Executive Office for Immigration Review
Office of the Immigration Judge

In the Matter of:    Case No.: A 72 240 156

ADNAN ASIF USMANi    Docket: HATFORD Conn

RESPONDENT    IN ~~DEPORTATION~~ PROCEEDINGS

Removal

## ORDER OF THE IMMIGRATION JUDGE

Upon the basis of respondent's admissions, I have determined that the respondent is deportable on the charge(s) in the Order to Show Cause. The respondent has made application solely for voluntary departure in lieu of deportation. NTA

It is **HEREBY ORDERED** that the respondent be **GRANTED** voluntary departure in lieu of deportation, without expense to the Government on or before 10 / 22 / 98 or any extensions as may be granted by the District Director, Immigration and Naturalization Service, and under whatever conditions the District Director may direct.

It is **FURTHER ORDERED** that if respondent fails to depart as required, the above order shall be withdrawn without further notice or proceedings and the following order shall thereupon become immediately effective: respondent shall be deported to ~~PAKISTAN~~ on the charge(s) in the Order to Show Cause. NTA

It is **FURTHER ORDERED** that if the aforenamed country advises the Attorney General that it is unwilling to accept the respondent into its territory, or fails to advise the Attorney General within three months following original inquiry whether it will or will not accept respondent into its territory, the respondent shall be deported to

_____

Immigration Judge

Date: 6-22-98

GOVERNMENT EXHIBIT
B

Form EOIR - 6
REV. - MAR. 93

GOVERNMENT
EXHIBIT

C

U.S. Department of Justice

Immigration and Naturalization Service

**Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| USMANI, Adnan Asif | | | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | | Height | Weight | Occupation |
|---|---|---|---|---|---|---|
| PAKISTAN | | Case No: HAR0310000013 | | 60 | 160 | bdlg. cleaner |
| | | A072 240 156 | | | | |

| U.S. Address | | | | Scars and Marks |
|---|---|---|---|---|
| 311 1/2 HELM ST. WALLINGFORD, CONNECTICUT | | | | |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | | F.B.I. Number | □ Single |
|---|---|---|---|---|
| Unknown Date, Unknown Time | | | | ☒ Married / □ Divorced / □ Widower □ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| | O 516.1 |

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| 07/17/1973    Age: 29 | 10/17/2002 | BOS/HAR | Wallingford, CT | 10/09/2002 0000 |

| City, Province (State) and Country of Birth | AR | Form: (Type and No.) | Lifted | Not Lifted | By |
|---|---|---|---|---|---|
| , PAKISTAN | ☒ | | □ | □ | See Narrative |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | USMANI, ADNAN A | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | 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 | |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | None known |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| POWERS, Margarite | |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| | |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? Yes ☒ No □ | INS Systems Checks | Charge Code Word(s) |
|---|---|---|---|
| | | | |

| Name and Address of (Last)/(Current) U.S. Employer | Type of Employment | Salary Hr. | Employed from/to |
|---|---|---|---|
| | | | |

Narrative (Outline particulars under which alien were located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

APPREHENDED BY
RICHARD L. MCCAFFREY
MICHELLE GUZZO

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by MCCAFFREY

Subject apprehended outside his residence at 311 1/2 Helm St. Wallingford CT by D.O. Guzzo and myself on a valid Warrant of Deportation this date. Subject was granted voluntary departure by an Immigration Judge on 6/22/98. Subject failed to depart by 10/22/98 therefore the alternate order of deportation became effective on that date. Subject's wife was notified via cell phone from the parking lot and keys were turned over to her at that time. Subject, along with his wife Margarite Powers, operated a contract bdlg. Cleaning business in the surrounding area. Subject was transported to the Judicial Marshal's at Lafayette St./GA14 without incident.

| Alien has been advised of communication privileges. 10/9/22 RLM (Date/Initials) | RICHARD L. MCCAFFREY DEPORTATION OFFICER |
|---|---|
| | (Signature and Title of INS Official) |

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| FILE | Officer: RICHARD L. MCCAFFREY |
| SDDO | on: October 17, 2002 at 0944 (time) |
| FUGITIVE WORK FOLDER | Disposition: Bag and Baggage |
| | Examining Officer: DANNY SULLIVAN |

GOVERNMENT EXHIBIT D

Form I-213(Rev 4/1/97)Y

**U.S. Department of Homeland Security**
Immigration and Customs Enforcement

*Office of the District Counsel*

*Ribicoff Federal Building*
*450 Main Street, Room 483*
*Hartford, Connecticut 06103*

June 26, 2003

Mr. James E. Swain, Esq.
18 Trumball Street
New Haven, CT 06511

Re: USMANI (A 72 240 156)

Dear Mr. Swain:

This letter responds to your previous request to consider joining you in a motion to re-open your client's removal proceedings in order for him adjust his status based on his marriage to a United States citizen.

As you are aware, I was the attorney representing the government at the removal hearing in 1998 when your client agreed to depart voluntarily in lieu of being removed. This immigration benefit was provided your client despite the fact that he had filed a frivolous asylum application. Unfortunately, he failed to carry out that agreement and Immigration and Customs Enforcement (ICE) was forced to conduct a fugitive operation to locate and apprehend him.

On May 14, 2003 the Bureau of Citizenship Services (BCIS) approved a Petition for Alien Relative filed on behalf of your client. However, the BCIS cannot adjudicate any petition to adjust your client's status as he is statutorily barred from adjustment. Neither the BCIS nor ICE has the authority to disregard the Immigration and Nationality Act (INA) in this case.

Pursuant to 8 U.S.C. § 1229(c) "if an alien is permitted to depart voluntarily under this section and fails to depart…the alien will be subject to a civil penalty of not less than $1,000 and not more than $5,000 **and be ineligible for a period of 10 years for any further relief under this sections 240A, 245, 248, and 249.**" Accordingly, your client's status cannot be adjusted under § 245 of the INA until October 22, 2008. Furthermore, the BCIS cannot adjudicate an application to adjust status for an alien who seeks to adjust status based on a marriage on or after November 10, 1986 and while the alien was in removal proceedings. See 8 C.F.R. § 245.1(c)(9)("aliens ineligible to adjust").

Assuming arguendo that the ICE could disregard the law and agree to re-open the proceedings, the ICE declines to do so on discretionary grounds. This decision is made after having reviewed all of the evidence introduced at the bond hearing held on April 30, 2003.



GOVERNMENT EXHIBIT

E

In conclusion, the BCIS cannot adjudicate any application to adjust your client's status under § 245 of the INA. The ICE cannot agree to re-open proceedings where your client is not statutorily eligible for relief and does not merit a favorable act of discretion.

Please accept this letter as official notification from the BCIS and ICE that any I-485 (Application to Adjust Status) that may have been previously filed is denied. Accordingly, any future applications filed before October 22, 2008 would also have to be denied for the same reason.

Respectfully,

John Marley
Assistant District Counsel

cc:  Mr. Douglas Moribito, Esq.,
     Assistant United States Attorney
     United States Attorney for the District Connecticut
     157 Church Street
     New Haven, CT 06510



*Office of the Chief Counsel*

U.S. Immigration and
Customs Enforcement

**U.S. Department of Homeland Security**
450 Main Street, Room 483
AA Ribicoff Building
Hartford, Connecticut 06103

Mr. James E. Swain, Esq.
18 Trumball Street
New Haven, CT  06511

Re: USMANI (A 72 240 156)

Dear Mr. Swain:

Mr. Douglas Moribito, the Assistant United States Attorney representing our office in this matter has asked me to contact you concerning our previous correspondence dated June 23, 2003. In that previous communication we set out our legal position regarding your client's eligibility for relief from removal, as well as our opposition to re-opening the immigration proceedings in this case.

After carefully considering both the facts and law, we stand by our previous opposition to re-opening the immigration proceedings. Although the Bureau of Citizenship Services (BCIS) has approved a Petition for Alien Relative filed on behalf of your client, we still believe that the BCIS cannot adjudicate any petition to adjust your client's status as he is statutorily barred from adjustment of status for a time period set by law.

Please accept this letter as our final determination on this matter.

Respectfully,

John P. Marley
Assistant Chief Counsel

cc: Mr. Douglas Moribito, Esq.,
Assistant United States Attorney
United States Attorney for the District of Connecticut
157 Church Street
New Haven, CT 06510