UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ADNAN ASIF USMANI and MARGARET POWERS : | |
| : | |
| Petitioners, | |
| v. : | CASE NO. 3:02CV2015 (DJS) |
| ETHAN ENZER, Acting Officer in Charge of Immigration and Naturalization Service : | |
| : | |
| Respondent. : | |

## JUDGMENT

This action having come on for consideration of the petitioner's lawsuit seeking relief from the Immigration and Naturalization Service's final order of removal entered on June 22, 1998 before the Honorable Dominic J. Squatrito, United States District Judge and,

The Court having considered the full record of the case including applicable principles of law filed its Memorandum of Decision dismissing the petition in its entirety. Because, however, the law regarding exceptions to the statutory administrative exhaustion requirement is still developing, a certificate of appealability shall issue on the question of whether this court lacked jurisdiction to reach the merits of his petition as a result of applying Theodoropoulos v. I.N.S., 358 F.3d 162, 168 (2d Cur. 2004). All orders entered by this court shall remain in effect for thirty (30) days after this order is signed, it is therefore,

ORDERED, ADJUDGED and DECREED that the petition be dismissed.

Dated at Hartford, Connecticut, this 20th day of January 2005.

KEVIN F. ROWE, Clerk

By _____
Terri Glynn
Deputy Clerk