UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADNAN ASIF USMANI and | : | |
| MARGARET POWERS, | : | |
| | : | |
| Petitioners | : | |
| | : | |
| vs. | : | DOCKET No. 3: 02CV2015 (DJS) |
| | : | |
| ETHAN ENZER, Acting Officer in | : | |
| charge Immigration and | : | |
| Naturalization Service, | : | February 11, 2005 |
| | : | |
| Respondent. | : | |

## NOTICE OF APPEAL

Notice is hereby given that the Petitioners Adnan Usmani and Margaret Powers in the above-referenced case hereby appeal to United States Court of Appeals for the Second Circuit, from the Judgment of this Court, dated January 20, 2005, dismissing the case for want of jurisdiction.

1

RESPECTFULLY SUBMITTED

PETITIONERS
ADANAN ASIF USMANI and
MARGARET POWERS


_____
BY. James E. Swaine
18 Trumbull Street
New Haven, CT 06511
Federal Bar  CT02793


## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid this \_\_\_\_\_of February, 2005 to Assistant United States Attorney Douglas Morabito, Office of United States Attorney, 157 Church Street, New Haven, CT 06510.


_____
James E. Swaine
Petitioners' Counsel of Record

3