UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ADNAN ASIF USMANI and           :
MARGARET POWERS,                :
                                :
        Petitioners             :
                                :
    vs.                         :        DOCKET No. 3: 02 CV2015 (DJS)
                                :
ETHAN ENZER, Acting Officer in  :
charge Immigration and          :
Naturalization Service,         :        March 16, 2005
                                :
        Respondent.             :


## INDEX TO THE RECORD ON APPEAL

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 11/14/02 | 1 | VERIFIED COMPLAINT | 1 |
| 11/14/02 | 4 | APPEARANCE | 2 |
| 11/14/02 | 5 | MOTION | 3 |
| 11/14/02 | 6 | MOTION | 4 |

1

| 11/14/02 | 7 | ORDER | 5 |
|----------|----|-------|---|
| 11/21/02 | 8 | RESPONSE | 6 |
| 11/21/02 | 10 | MARKED EXHIBIT LIST | 7 |
| 12/03/02 | 13 | APPEARANCE | 8 |
| 04/10/03 | 23 | MEMORANDUM OF DECISION | 9 |
| 02/24/04 | 32 | MEMORANDUM OF LAW IN SUPPORT OF PETITION FOR HABEAS CORPUS | 10 |
| 03/16/04 | 33 | RESPONSE | 11 |
| 01/20/05 | 34 | MEMORANDUM OF DECISION | 12 |
| 01/20/05 | 35 | JUDGMENT | 13 |
| 02/14/05 | 36 | MOTION | 14 |
| 02/14/05 | 37 | NOTICE OF APPEAL OF DECISION | 15 |

RESPECTFULLY SUBMITTED
PETITIONERS
ADANAN ASIF USMANI and
MARGARET POWERS


BY. James E. Swaine
18 Trumbull Street
New Haven, CT 06511
Federal Bar  CT02793


## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid this 18th of
March, 2005 to Assistant United States Attorney Douglas Morabito, Office of United States
Attorney, 157 Church Street, P.O. Box 1824, New Haven, CT 06510.


James E. Swaine
Petitioners' Counsel of Record

3