



UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

## SUMMARY ORDER

THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER
AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY
OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY
OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED
CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES
JUDICATA.

At a stated term of the United States Court of Appeals for
the Second Circuit, held at the Thurgood Marshall United States
Courthouse, at Foley Square, in the City of New York, on the 14th
day of June, two thousand and six.

PRESENT:

        Hon. John M. Walker, Jr.,
                Chief Judge,
        Hon. Jon O. Newman
        Hon. Sonia Sotomayor,
                Circuit Judges.

-----------------------------------------------X

ADNAN ASIF USMANI and MARGARET POWERS,

        Petitioners-Appellants,

                    v.                          05-0965

IMMIGRATION AND NATURALIZATION SERVICE,
ACTING OFFICER IN CHARGE ETHAN ENZER,

        Respondents-Appellees.

-----------------------------------------------X

APPEARING FOR PETITIONERS:      JAMES E. SWAINE (Kristen
                                Zaehringer, Intern, on the brief),
                                New Haven, Connecticut.

APPEARING FOR RESPONDENTS:      DOUGLAS P. MORABITO, Assistant
                                United States Attorney (Kevin J.
                                O'Connor, United States Attorney

ISSUED AS MANDATE   8|16|06